UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| ZAKARIA ABDULLAH | ) | |
|          Plaintiff, | ) | Case No. 0:25-cv-02088-LMP-LIB |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO DISMISS WITHOUT |
| EFPTR LLC, | ) | PREJUDICE |
| | ) | |
|          Defendant. | ) | |
| | ) | |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 25, 2025

*/s/ Cassandra P. Miller*
Cassandra Miller (*pro hac vice*)
Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
raina@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiffs and the Class*

Dated: November 25, 2025

*/s/ Jeffrey Gilbert*
Jeffrey Gilbert
David F. Standa
**GREENSPOON MARDER, PA**
227 West Monroe Street, Suite 3950
Chicago, IL 60606
Telephone: (312) 860-3207
jeffrey.gilbert@gmlaw.com
david.standa@gmlaw.com

David W. Asp
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
dwasp@locklaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Cassandra Miller, hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 25th day of November, 2025.

*/s/ Cassandra P. Miller*
Cassandra Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com