## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ZAKARIA ABDULLAH, *individually and on behalf of all others similarly situated*,

Case No. 25-cv-2088 (LMP/LIB)

Plaintiff,

**ORDER OF DISMISSAL**

v.

EFPTR LLC,

Defendant.

This matter is before the Court on the parties' Stipulation to Dismiss Without Prejudice ("Stipulation"), ECF No. 25. Based on the parties' Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITHOUT PREJUDICE**, without costs, attorneys' fees, or disbursements to any party.

Dated: November 26, 2025

*s/ Laura M. Provinzino*

Laura M. Provinzino
United States District Judge